CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

MAY 25 2023

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| UNITED STATES OF AMERICA | ) | Case No. 6:23CR00009 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | In violation of: |
| DERRICK LOI, | ) | 18 U.S.C. § 2422(b) |
| Defendant. | ) | 18 U.S.C. § 2423(b) |
| | ) | 18 U.S.C. § 2251(a), (e) |
| | ) | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) |
| | ) | |

### COUNT ONE
(Coercion and Enticement)

The Grand Jury charges:

1. Between on or about February 13, 2023, and February 24, 2023, in the Western District of Virginia and elsewhere, the defendant, DERRICK LOI, did use and attempt to use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce Minor A, an individual who had not attained the age of 18 years, to engage in prostitution and sexual activity for which any person can be charged with a criminal offense, namely, Section 18.2-370 of the Code of Virginia (taking indecent liberties with children), Section 18.2-374.1(B) of the Code of Virginia (production of child pornography), and Section 263.05 of the New York Penal Code (use of a child in a sexual performance).

2. All in violation of Title 18, United States Code, § 2422(b).

### COUNT TWO
(Travel with Intent to Engage in Illicit Sexual Conduct)

The Grand Jury further charges:

3. On or about February 24, 2023, in the Western District of Virginia and elsewhere, the defendant, DERRICK LOI, did travel in interstate commerce for the purpose of engaging in

any illicit sexual conduct, as defined in Title 18, United States Code, Sections 2423(f), with another person.

4. All in violation of Title 18, United States Code, § 2423(b).

## COUNT THREE
(Sexual Exploitation of Children)

The Grand Jury further charges:

5. On or about February 24, 2023, in the Western District of Virginia and elsewhere, the defendant, DERRICK LOI, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, Minor A, who was then a minor under the age of 18 years old, to engage in sexually explicit conduct for the purpose of producing one or more visual depiction(s) of such conduct, and which visual depiction(s) was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

6. All in violation of Title 18, United States Code, § 2251(a), (e).

## COUNT FOUR
(Possession of Child Pornography)

The Grand Jury further charges:

7. On or about February 24, 2023, in the Western District of Virginia and elsewhere, the defendant, DERRICK LOI, did knowingly possess material, namely, a black Samsung S9 cell phone, that contained one or more images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such image(s) having been shipped and transported using any

means and facility of interstate and foreign commerce in and affecting interstate and foreign commerce by any means, including by computer.

8. All in violation of Title 18, United States Code, § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE

9. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 2428 and 2253.

10. Upon conviction of a violation of 18 U.S.C. §§ 2422(b) and/or 2423, the defendant, DERRICK LOI, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

11. Upon conviction of a violation of 18 U.S.C. § 2251(a) and/or 2252A, the defendant, DERRICK LOI, shall forfeit to the United States:

   a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s).

The property to be forfeited includes, but is not limited to, the following:

3

    a.  A black Samsung S9 cell phone

    b.  An HP Spectre laptop

  12. If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A **TRUE BILL**, this __25__ day of May, 2023.

/s/ *Foreperson*
FOREPERSON

For _____
Christopher R. Kavanaugh
United States Attorney