AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| DERRICK LOI | ) Case No. 6:23-MJ-00018 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of 2/14/23 and 2/24/23 in the county of Lynchburg (City) in the Western District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Coercion/enticement of individual under 18 to engage in illegal sexual activity |
| 18 U.S.C. 2251(a) | Production of child pornography |
| 18 U.S.C. 2423(b) | Travel with intent to engage in illicit sexual conduct |

This criminal complaint is based on these facts:

See Attached

☒ Continued on the attached sheet.

/s/ Mary Echols
*Complainant's signature*

SA Mary Echols
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/19/2023

*Robert S. Ballou*
*Judge's signature*

City and state: Roanoke, VA

Robert S. Ballou, U.S. DIstrict Judge
*Printed name and title*